In the Matter of Hugh P. Skelly for Payment of an Award for Damage Parcels No. 13a and 13b on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to: Public Beach between the Southerly Prolongation of the Easterly Side of Ocean Parkway and the Prolongation of the Westerly Side of West 37th Street to All Lands under Water Not Heretofore Acquired by the City of New York, in the Borough of Brooklyn, City of New York. Talley & Lamb, Appellants; Hugh P. Skelly, Respondent.— In a proceeding for the condemnation of real property, order granting the application of the respondent for the payment to him of certain awards and directing the comptroller of the city of New York to disregard the lien of the appellants for professional services, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

William Kerr, Jr., an Infant, by William Kerr, Sr., His Guardian ad Litem, and William Kerr, Sr., Respondents, v. Antoni Miller and Mary Miller, Appellants.— In an action brought by the infant plaintiff to recover damages for personal injuries caused by the negligence of the defendants in using a defective rug in the vestibule of an apartment house owned by them, and by his father for medical expenses and loss of services, the plaintiffs recovered judgment and defendants appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Abraham Krakauer, Appellant, v. Courtway Realty Corporation, Respondent.— Action to restrain defendant from making use of a certain strip of land, adjacent to plaintiff's property, for building purposes. Plaintiff appeals from a judgment dismissing his complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

George J. Levbarg, Respondent, v. The Travelers Insurance Company, Appellant.— Action to recover benefits for total and permanent disability under two policies of life insurance. From an order granting the plaintiff's motion for leave to serve a supplemental complaint, the defendant appeals. Order modified by striking from the ordering paragraph the words " in the place and stead of the original amended complaint herein," and as so modified, affirmed, without costs, with leave to defendant to answer the supplemental complaint within ten days from the entry of the order hereon. From an order denying defendant's motion to strike out a portion of the supplemental complaint, the defendant appeals. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.